| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>STEPHANIE SHERIDAN (Bar No. 135910) |
| 2 | ALISON WILLIAMS (Bar No. 251689)<br>Stephanie.Sheridan@sdma.com |
| 3 | Alison.Williams@sdma.com<br>One Market Plaza, Steuart Tower, 8th Floor |
| 4 | San Francisco, California 94105<br>Telephone: (415) 781-7900 |
| 5 | Facsimile: (415) 781-2635 |
| 6 | Attorneys for Defendants<br>SIGG Switzerland (USA), Inc. |
| 7 | |
| 8 | Michael A. Caddell (State Bar No. 249469)<br>(mac@caddellchapman.com) |
| 9 | Cynthia B. Chapman (State Bar No. 164471)<br>(cbc@caddellchapman.com) |
| 10 | George Y. Niño (State Bar No. 144623)<br>(gyn@caddellchapman.com) |
| 11 | CADDELL & CHAPMAN<br>1331 Lamar, Suite 1070 |
| 12 | Houston, TX 77010-3027<br>Telephone: (713) 751-0400 |
| 13 | Facsimile: (713) 751-0906 |
| 14 | Attorneys for Plaintiffs<br>JARED BRANDT and ANDREA KOEPKE |
| 15 | individually and on behalf of all others similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jared Brandt and Andrea Koepke, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIGG Switzerland (USA), Inc. d/b/a SIGG Switzerland (USA) Brands, Inc. and SIGG Switzerland (USA) Brands, Inc.,<br><br>Defendants. | CASE NO. 3:09-cv-04981-~~BZ~~ CRB<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>JUDGE: Hon. Bernard Zimmerman<br>DEPT: Ctrm. G, 15th Floor |

///

///

-1- CASE NO. 3:09-cv-04981-BZ
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

1  Pursuant to Local Rule 6-1(a), plaintiffs Jared Brandt and Andrea Koepke ("plaintiffs")
2  and defendant SIGG Switzerland (USA), Inc. ("defendant"), by and through their attorneys of
3  record, agree and stipulate that defendant shall have up to and including December 17, 2009, to
4  respond to plaintiffs' complaint in the above-captioned case. This brief extension will not alter
5  any event or deadline currently affixed by court order.
6      IT IS SO STIPULATED.

7  Dated: November __18__, 2009    SEDGWICK, DETERT, MORAN & ARNOLD LLP

9      By  /s/Stephanie Sheridan
        Stephanie Sheridan
        Attorneys for Defendants
10         SIGG SWITZERLAND (USA), INC.

12 Dated: November __18__, 2009    CADDELL & CHAPMAN

14     By  /s/George Y. Niño
        George Y. Niño
        Attorneys for Plaintiffs and the Class

November 20, 2009

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
**IT IS SO ORDERED**
Judge Charles R. Breyer

-2-    CASE NO. 3:09-cv-04981-BZ
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT